

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2020

No. 04-20-00134-CV

**H.L. ZUMWALT CONSTRUCTION, INC.**,
Appellant

v.

**ROAD REPAIR, LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002791D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The reporter's record was originally due on April 7, 2020. On March 25, 2020, court reporter Vincente Mendoza filed a notification of late record, notifying this court that the reporter's record has not been filed because: (1) appellant has failed to request the record, and (2) appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record.

It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

It is further **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

The reporter's record must be filed no later than thirty (30) days after the date appellant's written proofs are filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court